David E. Weiss (California SBN 148147)
Lilit Asadourian (California SBN 208801)
Jennifer R. Fearnow (California SBN 246007)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:     +1 415 543 8700
Facsimile:      +1 415 391 8269
Email: *dweiss@reedsmith.com*

Attorneys for Plaintiff,  Counter-Defendant and Counter-Claimant
E*TRADE FINANCIAL CORPORATION

Brian D. Harrison (California SBN 157123)
Jamison R. Narbaitz (California SBN 219339)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California  94105
Telephone:     +1 415 781 7900
Facsimile:      +1 415 781 2635
Email: *brian.harrison@sdma.com*
           *jamison.narbaitz@sdma.com*

Attorneys for Defendant,  Counter-claimant and Counter-Defendant
FIDELITY AND DEPOSIT COMPANY OF MARYLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E*TRADE FINANCIAL CORPORATION,<br><br>                    Plaintiff,<br><br>     vs.<br><br>FIDELITY AND DEPOSIT COMPANY OF MARYLAND, and DOES 1 through 20, inclusive,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 10-02032 CW<br><br>**PROTECTIVE ORDER**<br><br>Compl. Filed:   May 11, 2010<br>Trial Date:       August 1, 2011<br><br>Honorable Claudia Wilken |

1  WHEREAS the parties to this proceeding have entered into a Stipulated Protective Order
2  Governing Confidential Information which is incorporated herein by reference;
3  WHEREAS the Court has reviewed the terms and conditions of the Stipulated Protective
4  Order Governing Confidential Information submitted by the parties;
5  IT IS HEREBY ORDERED that the Stipulated Protective Order Governing Confidential
6  Information is entered as an Order of the Court to govern the production, use, and dissemination of
7  documents and information in this case.
8  PURSUANT TO THE STIPULATION, IT IS SO ORDERED.
9
10 DATED: October 14, 2010.

_____
The Honorable Claudia Wilken
Judge of the United States District Court
for the Northern District of California

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 2 –
[PROPOSED] PROTECTIVE ORDER

US_ACTIVE-104689062.1 10/14/10 9:43 AM