David E. Weiss (California SBN 148147)
Lilit Asadourian (California SBN 208801)
Jennifer R. Fearnow (California SBN 246007)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269
Email: *dweiss@reedsmith.com*

Attorneys for Plaintiff, Counter-Defendant and Counter-Claimant
E*TRADE FINANCIAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E*TRADE FINANCIAL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY AND DEPOSIT COMPANY OF MARYLAND, and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 10-02032 CW<br><br>**DECLARATION OF JENNIFER R. FEARNOW IN SUPPORT OF E*TRADE'S MOTION TO COMPEL**<br><br>Hearing Date: January 13, 2011<br>Time of Hearing: 2:00 p.m.<br>Courtroom No.: 2<br><br>Compl. Filed: May 11, 2010<br>Trial Date: August 1, 2011<br><br>Honorable Claudia Wilken |

I, Jennifer R. Fearnow, hereby declare:

1. I am an attorney licensed to practice law in the State of California and admitted as an attorney of the United States District Court for the Northern District of California. I am an associate with the law firm of Reed Smith LLP, counsel of record for Plaintiff, Cross-Defendant and Cross-Claimant E*TRADE Financial Corporation ("E*TRADE"). I have access to the records of Reed Smith LLP, either directly or through my colleagues. I have personal knowledge of the fact set forth in this declaration, and if called as a witness, I could and would testify competently as to those facts.

2. On September 1, 2010, E*TRADE propounded its First Request for Production of Documents ("Document Requests") to Defendant, Counter-Claimant and Counter-Defendant

Fidelity and Deposit Company of Maryland ("Fidelity"). Among other things, E*TRADE's Document Requests requested that Fidelity produce documents regarding its claims manuals applicable to the policies at issue in this action, communications with its reinsurer relating to the underlying *Greenberg* Action (*Nikki Greenberg, and all those similarly situated v. E*TRADE Financial Corporation* in the Superior Court of California, County of Los Angeles, Case No. BC360152 ("*Greenberg* Action")), and documents regarding its setting of loss reserves under its policies at issue in this case in response to claims made by E*TRADE for coverage in connection with the underlying *Greenberg* Action.

3. On or about October 4, 2010, Fidelity served its Responses to Plaintiff E*TRADE Financial Corporation's First Request for Production of Documents. A true and correct copy of Fidelity's responses and objections to E*TRADE's Document Requests is attached hereto as **Exhibit A**.

4. On October 21, 2010, I wrote a meet and confer letter to Fidelity's counsel to address Fidelity's refusal to respond to E*TRADE's Document Requests, specifically Requests for Production Nos. 4, 18, and 19. My letter detailed the reasons why Fidelity's position was incorrect and unsubstantiated and asked Fidelity to amend their responses. A true and correct copy of E*TRADE's meet and confer correspondence is attached hereto as **Exhibit B**.

5. On or about November 2, 2010, counsel for Fidelity responded to E*TRADE's October 21, 2010 meet and confer letter and declined to amend its responses to E*TRADE's Document Requests. A true and correct copy of Fidelity's meet and confer correspondence is attached hereto as **Exhibit C**.

6. On November 8, 2010, I wrote a follow up meet and confer letter to respond to Fidelity's November 2, 2010 letter and address Fidelity's continued refusal to respond to E*TRADE's Requests for Production Nos. 4, 18, and 19. A true and correct copy of E*TRADE's meet and confer correspondence is attached hereto as **Exhibit D**.

7. On or about November 16, 2010, counsel for Fidelity responded to E*TRADE's November 8, 2010 meet and confer letter and again declined to amend its responses to E*TRADE's Document Requests. A true and correct copy of Fidelity's meet and confer correspondence is

1  attached hereto as **Exhibit E**.

2  8. On November 17, 2010, counsel for E*TRADE sent an email to counsel for Fidelity requesting a telephonic meet and confer pursuant to Federal Rules of Civil Procedure Rule 27 and Local Rule 37-1. In addition, counsel for E*TRADE attached a recent Federal Court decision from the Northern District of California for counsel for Fidelity to consider that was relevant to policy interpretation issues and citing to the production of claims manuals as an example of allowable discovery (*JSR Micro, Inc. v. QBE Insurance Corp., et al.*, 2010 WL 1338152 (N.D. Cal.)). A true and correct copy of E*TRADE's email correspondence is attached hereto as **Exhibit F**.

9. On November 18, 2010, counsel for both E*TRADE and Fidelity engaged in a meet and confer teleconference to make a final attempt to resolve the discovery disputes over E*TRADE's Requests for Production Nos. 4, 18, and 19. Counsel for Fidelity expressed the need for more time to consider Fidelity's position and agreed to inform E*TRADE of its decision the following week before the Thanksgiving holiday.

10. On or about November 23, 2010, counsel for Fidelity sent E*TRADE correspondence informing E*TRADE that it had "decided to stand on its objections to E*TRADE's requests, and therefore will not produce any responsive documents." A true and correct copy of Fidelity's meet and confer correspondence is attached hereto as **Exhibit G**.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 6th day of December 2010 in San Francisco, California.

/s/ Jennifer R. Fearnow
Jennifer R. Fearnow