David E. Weiss (California SBN 148147)
Lilit Asadourian (California SBN 208801)
Jennifer R. Fearnow (California SBN 246007)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:    +1 415 543 8700
Facsimile:     +1 415 391 8269
Email:  *dweiss@reedsmith.com*

Attorneys for Plaintiff,  Counter-Defendant and
Counter-Claimant
E*TRADE FINANCIAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E*TRADE FINANCIAL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY AND DEPOSIT COMPANY OF MARYLAND, and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 10-02032 CW<br><br>**ORDER ON STIPULATION RE: CONTINUANCE OF PRE-TRIAL AND TRIAL DEADLINES**<br><br>Compl. Filed:  May 11, 2010<br>Current Trial Date:  August 1, 2011<br>Proposed Trial Date: November 1, 2011<br><br>Honorable Claudia Wilken |

E*TRADE Financial Corporation's (E*TRADE) and Fidelity and Deposit Company of Maryland's  ("Fidelity") stipulation regarding continuance of pre-trial and trial deadlines is hereby granted.

The new dates are as follows:

| Event | Date |
|---|---|
| Plaintiff's Opening Summary Judgment brief | March 31, 2011 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

| | |
|---|---|
| Defendant's Cross-Motion and Opposition brief | April 14, 2011 |
| Plaintiff's Opposition to Cross-Motion and Reply brief | April 21, 2011 |
| Defendant's Reply brief | April 28, 2011 |
| Last Day to Complete ADR session | May 11, 2011 |
| Hearing Date and Further Status Conference | May 12, 2011 at 2:00 p.m. |
| Deadline for hearing on all case-dispositive motions | May 12, 2011 |
| Completion of Fact Discovery | July 22, 2011 |
| Disclosure of identities and reports of expert witnesses | August 5, 2011 |
| Disclosure of identities and reports of rebuttal expert witnesses | August 26, 2011 |
| Completion of Expert Discovery | September 26, 2011 |
| **Final Pretrial Conference** | **October 18, 2011** |
| Trial | **October 31, 2011** |

ORDER ON STIPULATION RE: CONTINUANCE OF PRE-TRIAL AND TRIAL DEADLINES

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

In addition, E*TRADE's opening brief shall not exceed **25** pages; Fidelity's combination opposition/cross motion shall not exceed **30** pages; E*TRADE's combination reply/opposition to cross motion shall not exceed **20** pages; and Fidelity's sur-reply shall not exceed **15** pages.

Dated: _____**12/7/2010**_____       _____

The Hon. Claudia Wilken
Judge of the United States District Court
for the Northern District of California

Case No. C 10-02032 CW                  – 3 –

ORDER ON STIPULATION RE: CONTINUANCE OF PRE-TRIAL AND TRIAL DEADLINES