**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E*TRADE FINANCIAL CORPORATION,

      Plaintiff,

  v.

FIDELITY AND DEPOSIT COMPANY OF
MARYLAND,

      Defendant.
_____/

No. C 10-02032 CW

ORDER OF
REFERENCE TO
MAGISTRATE JUDGE

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Motion
to Compel Compliance with Discovery Requests and **all further
discovery motions** filed in the above-captioned case are referred to
a Magistrate Judge.  Hearing previously scheduled for Thursday,
January 13, 2011, is vacated.  Counsel will be advised of the date,
time and place of appearance by notice from the assigned Magistrate
Judge.

Dated: 12/8/2010

CLAUDIA WILKEN
United States District Judge

cc: Sue; Assigned M/J w/mo.