David E. Weiss (California SBN 148147)
Lilit Asadourian (California SBN 208801)
Jennifer R. Fearnow (California SBN 246007)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:    +1 415 543 8700
Facsimile:     +1 415 391 8269
Email: *dweiss@reedsmith.com*

Attorneys for Plaintiff, Counter-Defendant and Counter-Claimant
E*TRADE FINANCIAL CORPORATION

Brian D. Harrison (California SBN 157123)
Jamison R. Narbaitz (California SBN 219339)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone:    +1 415 781 7900
Facsimile:     +1 415 781 2635
Email: *brian.harrison@sdma.com*
         *jamison.narbaitz@sdma.com*

Attorneys for Defendant, Counter-claimant and Counter-Defendant
FIDELITY AND DEPOSIT COMPANY OF MARYLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E*TRADE FINANCIAL CORPORATION,<br><br>            Plaintiff,<br><br>      vs.<br><br>FIDELITY AND DEPOSIT COMPANY OF MARYLAND, and DOES 1 through 20, inclusive,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 10-02032 CW<br><br>**STIPULATION RE DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Compl. Filed:  May 11, 2010<br>Trial Date:      August 1, 2011<br><br>Honorable Claudia Wilken |

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(2), and subject to the terms and conditions of their Release and Settlement Agreement executed on December 30, 2010, E*TRADE Financial Corporation ("E*TRADE") and Fidelity and Deposit Company of Maryland ("Fidelity"),

1   by and through their respective counsel of record, hereby stipulate that the above-captioned action,
2   including all counterclaims and defenses, be dismissed in its entirety with prejudice.  Each party is to
3   bear its own attorneys' fees and costs.
4
5   Dated: January 5, 2011                REED SMITH LLP
6
7
8   By ____/s/ David E. Weiss_____
       David E. Weiss
9
    Attorneys for E*TRADE Financial
10  Corporation
11  Dated:  January 5, 2011               SEDGWICK, DETERT, MORAN &
                                          ARNOLD LLP
12
13
14  By ____/s/ Brian Harrison_____
       Brian Harrison
15
16  Attorneys for Fidelity and Deposit
    Company of Maryland



IT IS SO ORDERED

Judge Claudia Wilken

REED SMITH LLP
A limited liability partnership formed in the State of Delaware